MANATT, PHELPS & PHILLIPS
Robert H. Platt
Cara R. Burns
11355 West Olympic Blvd.
Los Angeles, CA  90064
(310) 312-4000

BROWN & BAIN, P.A.
Jack E. Brown
Paul F. Eckstein
2901 North Central Avenue
Phoenix, AZ  85001

Attorneys for Plaintiff Ticketmaster Corporation

PRESTON GATES & ELLIS LLP
Jane H. Barrett (State Bar No. 53115)
David J. McDonald
Karl J. Quackenbush
725 South Figueroa Street, Suite 2100
Los Angeles, California  90017-5524
(213) 624-2395

BLANC, WILLIAMS, JOHNSTON & KRONSTANDT, LLP
Ronald L. Johnston
1900 Avenue of the Stars, Suite 1700
Los Angeles, CA  90067
(310) 552-2500

Attorneys for Defendant MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TICKETMASTER CORPORATION, an Illinois corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>           Defendant. | Case No. CV-97-3055 RAP(ANx)<br><br>STIPULATED DISMISSAL WITH PREJUDICE |

MW.00101-00465/JHB/STIPULATED DISMISSAL.DOC

1

1  Pursuant to Fed.R.Civ.P.41(a)(1) and(c), plaintiff
2  Ticketmaster Corporation and defendant Microsoft Corporation hereby
3  stipulate that this action and all counterclaims be dismissed with
4  prejudice, each party to bear its own costs.
5  DATED: January 20, 1999

PRESTON GATES & ELLIS LLP
Jane H. Barrett
David J. McDonald
Karl J. Quackenbush
725 South Figueroa Street, Suite 2100
Los Angeles, California  90017-5524

BLANC, WILLIAMS, JOHNSTON & KRONSTANDT, LLP
Ronald L. Johnston
1900 Avenue of the Stars, Suite 1700
Los Angeles, CA  90067

By: _____
Jane H. Barrett
Attorneys for Defendant
MICROSOFT CORPORATION

DATED: January ___, 1999

Robert H. Platt
Cara R. Burns
MANATT, PHELPS & PHILLIPS
11355 West Olympic Blvd
Los Angeles, CA

BROWN & BAIN, P.A.
Jack E. Brown
Paul F. Eckstein
2901 North Central Avenue
Phoenix, AX 85001

By: _____
Cara R. Burns
Attorneys for Plaintiff
Ticketmaster Corporation

IT IS SO ORDERED
Dated 1-21-99
_____
Richard A. Paez
United States District Judge

K:00101-00463/JHB/STIPULATED DISMISSAL.DOC

2.

1  Pursuant to Fed.R.Civ.P.41(a)(1) and(c), plaintiff
2  Ticketmaster Corporation and defendant Microsoft Corporation hereby
3  stipulate that this action and all counterclaims be dismissed with
4  prejudice, each party to bear its own costs.
5  DATED: January ____, 1999

PRESTON GATES & ELLIS LLP
Jane H. Barrett
David J. McDonald
Karl J. Quackenbush
725 South Figueroa Street, Suite 2100
Los Angeles, California  90017-5524

BLANC, WILLIAMS, JOHNSTON & KRONSTANDT, LLP
Ronald L. Johnston
1900 Avenue of the Stars, Suite 1700
Los Angeles, CA  90067

By: _____
    Jane H. Barrett
    Attorneys for Defendant
    MICROSOFT CORPORATION

15 DATED: January _19_, 1999

Robert H. Platt
Cara R. Burns
MANATT, PHELPS & PHILLIPS
11355 West Olympic Blvd
Los Angeles, CA

BROWN & BAIN, P.A.
Jack E. Brown
Paul F. Eckstein
2901 North Central Avenue
Phoenix, AX 85001

By: /s/ Cara R. Burns
    Cara R. Burns
    Attorneys for Plaintiff
    Ticketmaster Corporation

K:00101-00463/JHB/STIPULATED DISMISSAL.DOC

2.

**PROOF OF SERVICE**

**STATE OF CALIFORNIA**      ) ss.
**COUNTY OF LOS ANGELES**    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 725 South Figueroa Street, Suite 2100, Los Angeles, CA  90017-5524.

On January 20, 1999 I served the **Stipulated Dismissal with Prejudice** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope in the United States mail at Los Angeles, California addressed as follows:

**SEE ATTACHED SERVICE LIST**

[XX]  **(BY MAIL)**  The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **(BY TELEFAX)**  I delivered such document by facsimile to the following persons at the facsimile telephone numbers listed:

[ ]  **(STATE)**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 20, 1999, at Los Angeles, California.

_/s/ Kimberly A. Lopez_
Kimberly A. Lopez

K:\JHB\00101-00463\PROOF OF SERVICE.DOC

Ticketmaster Corporation vs. Microsoft Corporation, et al.

Case No. CV97-3055 RAP(ANx)

Service List

Jack E. Brown
Kim E. Williamson
Brown & Bain, P.A.
2901 North Central Avenue
Post Office Box 400
Phoenix, Arizona  85001-0400
Phone:  (602) 351-8000

Robert H. Platt
Mark S. Lee
Cara R. Burns
Manatt, Phelps & Phillips
11355 West Olympic Boulevard
Los Angeles, California  90064
Phone:  (310) 312-4224

**Attorneys for Plaintiff
Ticketmaster Corporation**

Ronald L. Johnston
BLANC, WILLIAMS, JOHNSTON &
KRONSTANDT, LLP
1900 Avenue of the Stars, Suite 1700
Los Angeles, CA  90067
Phone:  (310) 552-2500

**Attorneys for Defendant
Microsoft Corporation**